IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION



UNITED STATES OF AMERICA

v.

CRIMINAL NO.: 3:23-cr- 35 CWR-FKB

THEODORE M. DIBIASE, JR.
a/k/a "TED DIBIASE, JR."
a/k/a "TEDDY DIBIASE"

## NOTICE OF JUDICIAL ASSIGNMENT

The United States Attorney, through the undersigned Assistant United States Attorney, submits this Notice of Judicial Assignment and submits in support of this Notice the following:

1. The Indictment in this case was filed April 18, 2023.

The Indictment in this case involves substantially the same parties and factual situation as in the case of *United States v. Nancy W. New, Criminal Docket No.: 3:22-cr-00028 CWR-FKB; United States v. Zachary W. New, Criminal Docket No.: 3:22-cr-00053 CWR-FKB; United States v. John Davis, Criminal Docket No.: 3:22-cr-00104 CWR-FKB, United States v. Christi Webb, Criminal Docket No.: 3:22-cr-00021 CWR-FKB and United States v. Dale Brett Dibiase Criminal Docket No.: 3:23-cr-00014 CWR-FKB*, previously assigned to United States District Judge Carlton W. Reeves.

Based on the foregoing, it is therefore requested that the Indictment be assigned to United States District Judge Carlton W. Reeves, because United States District Judge Carlton W. Reeves is familiar with the facts and parties in this case listed above.

DARREN J. LAMARCA
UNITED STATES ATTORNEY

By:   /s/*DAVID H. FULCHER*
DAVID H. FULCHER
Assistant United States Attorney
MS BAR NO.: 10179