

PRAECIPE FOR WARRANT

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

v.                                                                    CRIMINAL NO.: 3:23-cr-35 CWR-FKB

THEODORE M. DIBIASE, JR.
a/k/a "TED DIBIASE, JR."
a/k/a "TEDDY DIBIASE"

The Clerk of this Court will issue a warrant, in the Indictment against the above-named defendant having been filed in the above-entitled cause on the 18th day of April, 2023.

This the 18th day of April 2023.

DARREN J. LAMARCA
UNITED STATES ATTORNEY

By: _____
DAVID H. FULCHER
Assistant United States Attorney
MS BAR NO.: 10179

Warrant issued: _____

(DHF/FBI)