

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

v.                                           CRIMINAL NO.: 3:23-cr-00035 CWR FKB

THEODORE M. DIBIASE, JR.
a/k/a "TED DIBIASE, JR."
a/k/a "TEDDY DIBIASE

### GOVERNMENT'S MOTION TO UNSEAL THE INDICTMENT

COMES NOW the United States of America, hereinafter "the Government," requesting that the above styled matter be unsealed and represents the following:

Revealing the existence of the Indictment at this time would not jeopardize law enforcement agents and would assist in the prosecution of the case.

WHEREFORE, the Government requests that the Court UNSEAL the above styled matter.

RESPECTFULLY SUBMITTED, this the 20th day of April 2023.

> DARREN J. LAMARCA
> UNITED STATES ATTORNEY
> SOUTHERN DISTRICT OF MISSISSIPPI
>
> By:   /s/ DAVID H. FULCHER
>       DAVID H. FULCHER
>       Assistant United States Attorney