

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

v.   CRIMINAL NO.: 3:23-cr-00035-CWR FKB

THEODORE M. DIBIASE, JR.
a/k/a "TED DIBIASE, JR."
a/k/a "TEDDY DIBIASE

### ORDER GRANTING GOVERNMENT'S MOTION TO UNSEAL THE INDICTMENT

THIS CAUSE having come on before the Court on motion of the Government to Unseal the above styled matter, being fully advised in the premises, finds that said motion is well-taken and the same should be and is hereby granted.

IT IS THEREFORE ORDERED AND ADJUDGED that the above styled matter is hereby unsealed.

SO ORDERED AND ADJUDGED this the 20th day of April 2023.

_____
UNITED STATES MAGISTRATE JUDGE