IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

SOUTHERN DISTRICT OF MISSISSIPPI
**FILED**

APR 20 2023

ARTHUR JOHNSTON
BY_____ DEPUTY

UNITED STATES OF AMERICA

V.                                          CRIMINAL NO.: 3:23-cr-35-CWR-FKB-1

THEODORE M. DIBIASE, JR.

### **ORDER**

In accordance with Federal Rule of Criminal Procedure 5(f), as amended by the Due Process Protections Act, Pub. L. No. 116-182, 134 Stat. 894 (Oct. 21, 2020), the Government is ORDERED to comply with the prosecutor's disclosure obligations under *Brady v. Maryland*, 373 U.S. 83 (1963), and its progeny. The Government is also notified of the potential consequences of violating this Order and the disclosure obligations. The consequences include, but are not limited to, sanctions such as delaying trial or other proceedings, excluding evidence, giving adverse jury instructions, granting a new trial, dismissing the case, or finding the Government in contempt.

It is so ordered.

SIGNED, April 20, 2023 at Jackson, Mississippi.

_____
UNITED STATES MAGISTRATE JUDGE

_____
Assistant United States Attorney

_____
Defense Attorney