IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

v.     CRIMINAL NO.: 3:23-cr-0035 CWR-FKB

THEODORE M. DIBIASE, JR.
a/k/a "TED DIBIASE, JR."
a/k/a "TEDDY DIBIASE"

### CORRECTED NOTICE OF MAXIMUM PENALTY

**Charges:**    **COUNT 1:**    Conspiracy    18 U.S.C. § 371

- Not more than five (5) years of imprisonment
- Not more than a $250,000 fine
- Not more than three (3) years supervised release
- $100 special assessment

**COUNTS 2 - 7:**    Wire Fraud    18 U.S.C. § 1343

- Not more than twenty (20) years of imprisonment
- Not more than a $250,000 fine
- Not more than three (3) years supervised release
- $100 special assessment

**COUNTS 8-9:**    Theft Involving    18 U.S.C. § 666(a)(1)(A)
Programs Receiving
Federal Funds

- Not more than ten (10) years of imprisonment
- Not more than a $250,000 fine
- Not more than three (3) years supervised release
- $100 special assessment

**COUNTS 10 - 13:**    Monetary Transactions    18 U.S.C. § 1957
in Excess of $10,000.00
with the Proceeds of
Specified Unlawful Activity

- Not more than Ten (10) years of imprisonment
- Not more than a $250,000 fine
- Not more than three (3) years supervised release
- $100 special assessment