IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

v.  CRIMINAL NO.: 3:23-cr-00035-CWR-FKB

THEODORE M. DIBIASE, JR.
a/k/a "TED DIBIASE, JR." a/k/a
"TEDDY DIBIASE

## NOTICE OF APPEARANCE

Please take notice that the undersigned, Hugh Ruston "Rusty" Comley, of Watkins & Eager PLLC, makes this entry of appearance as additional counsel for Defendant, Theodore M. DiBiase, Jr., in the above styled and numbered case for the limited purpose of responding to the motion conventionally filed on October 10, 2024.

This, the 18th day of October, 2024.

Respectfully submitted,

*/s/ H. Rusty Comley*
Hugh Ruston Comley (MS Bar #102307)

**OF COUNSEL:**

J. Scott Gilbert (MS Bar #102123)
Sidney Lampton (MS Bar #105957)
Hugh Ruston Comley (MS Bar #102307)
WATKINS & EAGER PLLC
Post Office Box 650
Jackson, MS 39205-0650
Telephone: (601) 965-1900
Facsimile: (601) 965- 1901
sgilbert@watkinseager.com
slampton@watkinseager.com
rcomley@watkinseager.com

*Attorneys for Defendant*