IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

v.  CRIMINAL NO.: 3:23-cr-00035-CWR-LGI

THEODORE M. DIBIASE, JR.
a/k/a "TED DIBIASE, JR." a/k/a
"TEDDY DIBIASE"

### NOTICE OF CONVENTIONAL FILING

Defendant is conventionally filing its *Response in Opposition to United States' Motion* [ECF No. 33], which was conventionally filed on October 10, 2024. This Response is being filed under seal/restriction by the Office of the Clerk pursuant to order entered on October 10, 2024.

This, the 21st day of October, 2024.

Respectfully submitted,

_____
Hugh Ruston Comley (MSB # 102307)

**OF COUNSEL:**

J. Scott Gilbert (MS Bar #102123)
Sidney E. Lampton (MS Bar # 105957)
Hugh Ruston Comley (MS Bar #102307)
WATKINS & EAGER PLLC
Post Office Box 650
Jackson, MS 39205-0650
Telephone: (601) 965-1900
Facsimile: (601) 965- 1901
sgilbert@watkinseager.com
slampton@watkinseager.com
rcomley@watkinseager.com

*Attorneys for Defendant*