IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION



UNITED STATES OF AMERICA

v.                                                            CRIMINAL NO.: 3:23-cr-00035-CWR-LGI

THEODORE M. DIBIASE, JR.
a/k/a "TED DIBIASE, JR." a/k/a
"TEDDY DIBIASE"

### NOTICE OF CONVENTIONAL FILING

The Government is submitting a Reply in support of its Motion for Judicial Inquiry in paper form only.

This Reply is being filed under seal/or restriction by the Office of the Clerk pursuant to order entered on October 21, 2024.

Respectfully,

MARGARET A. MOESER
Chief, Money Laundering and Asset
    Recovery Section
U.S. Department of Justice

BY: _____
ADRIENNE E. ROSEN, Trial Attorney
Criminal Division, MLARS
1400 New York Avenue, NW
Washington, DC 20005
(202) 616-2690
Adrienne.Rosen@usdoj.gov

TODD W. GEE
United States Attorney
Southern District of Mississippi

By: /s/ David Fulcher
DAVID H. FULCHER
Assistant United States Attorney
501 East Court Street, Suite 4.430
(601) 965-4480
DFulcher@usdoj.gov
Bar No. 70179

BY: /s John Meynardie
JOHN A. MEYNARDIE
Assistant United States Attorney
1575 20th Avenue, 2d Floor
Gulfport, MS 39501
(228) 563-1560
Mississippi Bar No. 9912

GLENN S. LEON
Chief, Fraud Section
U.S. Department of Justice

BY: /s/ Della Sentilles
DELLA SENTILLES
Senior Litigation Counsel
Criminal Division, Fraud Section
Della.Sentilles@usdoj.gov
(202) 445-8793

Date: October 28, 2024