IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

V.  CRIMINAL NO. 3:23-CR-35-CWR-LGI

THEODORE M. DIBIASE, JR.

<u>REVISED SCHEDULING ORDER</u>

This cause is before the Court following a status conference held on May 12, 2025, at which time the Court heard from the parties concerning the status of discovery. Previously, the Court found that this is a complex criminal case based on the voluminous discovery involved and the nature of the charges. The case is set for trial beginning on **Tuesday, August 26, 2025, at 9:00 am**. The Court has determined that this revised scheduling order is necessary to allow sufficient time for the Court to consider the respective motions of the parties.

IT IS THEREFORE ORDERED AS FOLLOWS:

1. All dispositive and non-dispositive motions (other than motions in limine), shall be filed on or before **July 10, 2025**.

2. All motions in limine shall be filed on or before **July 15, 2025**.

3. Defendant shall provide reciprocal discovery to the government no later than **May 31, 2025**. Both parties have an ongoing duty to supplement discovery.

4. The government's expert disclosures are due on or before **June 20, 2025**. The defendant's expert disclosures are due on or before **June 27, 2025**.

5. Each side's 1) JURY INSTRUCTIONS, 2) EXHIBIT LIST, and 3) WITNESS LIST must be electronically submitted to the Judge's chambers email address with copies to opposing counsel by **5:00 pm on August 19, 2025**.

JURY INSTRUCTIONS: Opposing counsel is to be furnished one copy of the jury instructions. These instructions should bear the instruction number (e.g., "D-1" or "G-1") in the bottom right-hand corner of the document and should not bear the style, number of the case, or which party submitted it. A list of authorities in support thereof should appear at the bottom of each instruction.

EXHIBIT LIST: Opposing counsel is to be furnished with one copy of the exhibit list. The exhibit list must reflect the style and number of the case, exhibit number, and description. Leave Sponsor and ID or Evidence columns blank. Double space between exhibits.

WITNESS LIST: Opposing counsel is to be furnished with one copy of the witness list.

All remaining deadlines set forth in the Trial Order and the Order Regarding Discovery shall remain unchanged.

SO ORDERED, this the 15th day of May, 2025.

s/ Carlton W. Reeves<br>UNITED STATES DISTRICT JUDGE