IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

v.                                                    CRIMINAL NO.: 3:23-cr-00035-CWR-LGI

THEODORE M. DIBIASE, JR.
a/k/a "TED DIBIASE, JR." a/k/a
"TEDDY DIBIASE

**DEFENDANT'S REPLY RE: MOTION IN LIMINE TO PROHIBIT
A CONSTRUCTIVE AMENDMENT TO THE INDICTMENT**

In its response, the government seems to confirm its intention to seek conviction, either directly or implicitly, on a basis not presented to or charged by the grand jury. The government's response affirms the necessity of this Court taking a vigilant approach to the arguments made to the jury during trial, and to the evidence and testimony the government seeks to offer.

The government directs the court to the phrase "included, but not limited to, the following" from paragraph 17 of the indictment. Doc. #66 at 3. The government characterizes this language as the "most important" portion of the charge levied by the grand jury. *Id.* The government's argument renders the Fifth Amendment right to a grand jury indictment nearly meaningless. Taking the government's position to its logical conclusion, the government could pursue any theory of guilt it chooses, without any correlation to the allegations voted on by the grand jury, simply because it included this phrase in the indictment. This notion is plainly incompatible with the case law.

A constructive amendment of the indictment occurs "where the government alleges one theory of the case in the indictment, but argues another at trial." *United States v. Robles-Vertiz*, 155 F.3d 725, 728 (5th Cir. 1998). For its part, the government fails to cite to a single case in support of its assertion that it can rely on meaningless surplusage to broaden or alter the theory

upon which the grand jury voted to return the indictment. Moreover, the government seems to misunderstand the definition of the word "consistent." Merriam-Webster defines the word consistent as follows: "[M]arked by harmony, regularity, or steady continuity: ***free from variation or contradiction.*** *Merriam-Webster*, Online Edition, www.merriam-webster.com/dictionary/consistent, October 25, 2025 (emphasis added).

"[F]ree from variation." *Id.* That is the standard the government must adhere to in order to avoid committing the structural error of constructively amending the indictment. That is the standard this Court should impose during the trial. That is what the Fifth Amendment guarantees a defendant. That is what a fair trial requires.

RESPECTFULLY SUBMITTED, this 30th day of October, 2025.

THEODORE M. DIBIASE, JR., Defendant

By:  */s/ J. Scott Gilbert*
J. SCOTT GILBERT

OF COUNSEL:

J. Scott Gilbert (MS Bar #102123)
Sidney E. Lampton (MS Bar #105957)
WATKINS & EAGER PLLC
P. O. Box 650
Jackson, MS 39205-0650
Telephone:  601-965-1900
Facsimile:  601-965-1901
sgilbert@watkinseager.com
slampton@watkinseager.com